# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| Vernon Toler, | |
| Plaintiff, | Case No. 2:12-cv-02745 |
| v. | |
| Cavalry Portfolio Services, LLC, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, P.C.

By:____ */s/ Steven Long*_____
      Steven Long (MO Bar No. 60118)
      1125 Grand Blvd., Suite 916
      Kansas City, MO 64106
      Tel:  866-339-1156
      Fax: 1.312.822.1064
      Email:  slong@maceybankruptcylaw.com
      *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2013, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

Cavalry Portfolio Services, Inc.
500 Summit Lake Dr., Suite 400
Valhalla, NY 10595

<u>/s/ Steven Long</u>